```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
KELVIN ANDERSON-EL,                        :
                                           :
            Petitioner,                    :
                                           :   05 Civ. 2697 (JSR)
            -v-                            :
                                           :   ORDER
                                           :
UNITED STATES PAROLE COMMISSION,           :
DISTRICT OF COLUMBIA AGENCIES, and         :
FRED MENIFEE, WARDEN,                      :
                                           :
            Respondents.                   :
------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-06

JED S. RAKOFF, U.S.D.J.

    On May 4, 2006, the Honorable Theodore H. Katz, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending that Anderson-El's petition for a writ of habeas corpus under 28 U.S.C. § 2241 be denied because he cannot show that the United States Parole Commission violated any constitutional provision when it denied Anderson-El parole and set a rehearing for sixty months thereafter.  On May 14, 2006, petitioner timely filed objections.

    Having therefore reviewed the record and the issues de novo, and having considered the objections, the Court hereby adopts the Report and Recommendation and, for the reasons stated therein, dismisses the petition.  Additionally, because the petitioner has not made a substantial showing of the denial of a constitutional right, the Court declines to issue a Certificate of Appealability under 28 U.S.C. § 2253.  Further, the Court certifies pursuant to

28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.  Clerk to enter judgment.

    SO ORDERED.

                                              JED S. RAKOFF, U.S.D.J.

Dated:    New York, New York
            September  , 2006